AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

District of _Puerto Rico_

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| OMAR CHEVERE-LOPEZ | Case No.  03-CR-0354 (05)(SEC) |
| | USM No.   24005-069 |
| | RAMON GARCIA-GARCIA |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   Stand.Cond. 2,6,7; Sp. Cond. 3   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Cond. #2 | Failed to submit the Monthly Supervision Report. | From May 2009 to Present |
| Standard Cond. #6 | Failed to report change of address from Carolina to Caguas. | |
| Standard Cond. #7 | Tested positive to Marihuana | From 06/24/09 To 02/23/10 |
| | Failed to show up to drug testing. | From 12/08/09 To 04/21/10 |
| Special Cond. #3 | Failed to participate in drug treatment program. | 08/17/09, 12/21/09, 02/05/10 04/09/10. |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence:
   Caguas, Puerto Rico

December 10, 2010
Date of Imposition of Judgment

S/ Salvador E. Casellas
Signature of Judge

Salvador E. Casellas, U.S. District Judge
Name and Title of Judge

December 10, 2010
Date

Judgment — Page 2 of 2

DEFENDANT:        OMAR CHEVERE-LOPEZ
CASE NUMBER:      03-CR-0354 (05)(SEC)

## IMPRISONMENT

total term of :  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : <u>SIX (6) MONTHS</u>.  <u>That he be given credits for the time he has been incarcerated. No other term of supervision will be imposed.</u>

☐  The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .
    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐  before 2 p.m. on _____ .
    ☐  as notified by the United States Marshal.
    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL